**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

_____

**AERO-STREAM LLC,**
          **Plaintiff,**

v.                                                                                     **Case No. 12cv0190**

**SEPTICAIRAID LLC, et al.,**
          **Defendants.**
_____

## ORDER

On October 22, 2014, the parties participated in a telephonic status conference to discuss pending motions. The parties agreed to a dismissal without prejudice of plaintiff's claims. However, the following issues were left unresolved: (1) status of defendants' cybersquatting, trademark infringement, and unfair competition counterclaims, which are the subject of a pending summary judgment motion; (2) plaintiff's pending sanctions motion; (3) defendants' request for attorney fees and costs related to plaintiff's voluntary dismissal; and (4) status of defendants' declaratory judgment/patent counterclaims. The first two issues have been fully briefed, and the parties have agreed to brief the attorney fee and declaratory judgment/patent counterclaim issue.

      **THEREFORE, IT IS ORDERED** that:

1. Defendants will file a brief on before **November 24, 2014** addressing its argument that attorney fees and costs should be awarded and in what amount and its argument that defendants' declaratory judgment/patent counterclaims should not be dismissed.

2. Plaintiff will file a brief in opposition on or before **December 15, 2014**.

3. Defendant will file a reply on or before **December 22, 2014**.

Dated at Milwaukee, Wisconsin, this 22nd day of October, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge